UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLYN J. ALLEN-DIXON; KIM S. BAKER; CAROLYN S. BARTON-KOHLER; BETTY BROWN; ROSELYN COHOON; DEBBIE A. FLANARY; SHELDON FORMAN; KELLY FREDERICKSON-PATRICK; CALVIN K. GREER; PATRICIA L. HOWARD; BRUCE W. HUNTER; JUDY LIGGETT; BERNIDA A. MASTIN-HILL; DORIS J. MONTOYA-WILSON; MARY C. MUCCIO; DAVID G. NATHANIEL; RICHARD R. PARKER; DENISE E. ROBERTSON; LESLIE D. ROBINSON; REGINA R. SHERIDAN; KAYLAN V. SMITH; JOYCE K. SPARKS; RHONDA TODD; JOANNE M. WALKER; ZETTY WALKER,

  Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11352-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.