UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLYN J. ALLEN-DIXON; KIM S. BAKER; :
CAROLYN S. BARTON-KOHLER; BETTY
BROWN; ROSELYN COHOON; DEBBIE A. :
FLANARY; SHELDON FORMAN; KELLY
FREDERICKSON-PATRICK; CALVIN K. :
GREER; PATRICIA L. HOWARD; BRUCE W.
HUNTER; JUDY LIGGETT; BERNIDA A. :
MASTIN-HILL; DORIS J. MONTOYA-
WILSON; MARY C. MUCCIO; DAVID G. :
NATHANIEL; RICHARD R. PARKER; DENISE
E. ROBERTSON; LESLIE D. ROBINSON; :
REGINA R. SHERIDAN; KAYLAN V. SMITH;
JOYCE K. SPARKS; RHONDA TODD; :
JOANNE M. WALKER; ZETTY WALKER,
:
    Plaintiffs,                                               Civil Action
v.                                                     No. 04-11352-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 2, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                                  /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                                          MEAGHER & FLOM LLP
Barbara Wrubel                                     One Beacon Street
Katherine Armstrong                                Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                              (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                     Counsel for Defendant,
                                                  Indevus Pharmaceuticals, Inc.