UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLYN J. ALLEN-DIXON; KIM S. BAKER;
CAROLYN S. BARTON-KOHLER; BETTY
BROWN; ROSELYN COHOON; DEBBIE A.
FLANARY; SHELDON FORMAN; KELLY
FREDERICKSON-PATRICK; CALVIN K.
GREER; PATRICIA L. HOWARD; BRUCE W.
HUNTER; JUDY LIGGETT; BERNIDA A.
MASTIN-HILL; DORIS J. MONTOYA-
WILSON; MARY C. MUCCIO; DAVID G.
NATHANIEL; RICHARD R. PARKER; DENISE
E. ROBERTSON; LESLIE D. ROBINSON;
REGINA R. SHERIDAN; KAYLAN V. SMITH;
JOYCE K. SPARKS; RHONDA TODD;
JOANNE M. WALKER; ZETTY WALKER,

    Plaintiffs,
v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11352-GAO

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  August 2, 2004<br>　　　　　Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant,<br>Indevus Pharmaceuticals, Inc. |